IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:08MJ34 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SILVIA VENZOR-ESTRADA, | ) | |
| | ) | |
| Defendant. | | |

**RE: MATERIAL WITNESS:**
**JACINTO RODRIGUEZ-LOPEZ**

  The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named material witness in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named material witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

  **IT IS ORDERED** that Hugh Reefe is appointed as attorney of record for the above-named material witness in this matter and shall forthwith file an appearance in this matter.

  **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

  **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Hugh Reefe.

  DATED this 13th day of March, 2008.

                                          BY THE COURT:

                                          s/ Thomas D. Thalken
                                          U.S. Magistrate Judge