IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>SILVIA VENZOR-ESTRADA,  )<br>  )<br>Defendant.   ) | 8:08CR122<br><br>ORDER |

This matter is before the court on the defendant's unopposed motion to continue trial [101]. For good cause shown, the court will grant a continuance to September 23, 2008.

**IT IS ORDERED** that the motion to continue trial [101] is granted, as follows:

1. The trial of this matter is continued to **Tuesday, September 23, 2008** at 9:00 a.m. in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Judge Smith Camp will meet with counsel in chambers at **8:30 a.m.** on the first day of trial. The provisions of Judge Smith Camp's order regarding trial preparation [99] remain in effect.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting a continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 22, 2008 and September 23, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Defendant shall file an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3, as soon as is practicable.

DATED July 10, 2008.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**