IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR122** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **SILVIA VENZOR-ESTRADA,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's oral motion to dismiss the Indictment as against the Defendant, Silvia Venzor-Estrada.

IT IS ORDERED:

1. The government's oral motion is granted; and

2. The Indictment is dismissed as against the Defendant, Silvia Venzor-Estrada.

DATED this 25th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge